# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131732

DARE REDMOND, Personal Representative
of the Estate of DERRICK KELLY, Deceased,
      Plaintiff-Appellant,

v

CITY OF DETROIT,
      Defendant,

and

LOU GIANINO, JAYME TRAVIS,
JENNIFER G. NAVALTA, and SCOTT
STANISKY,
      Defendants-Appellees.
_____/

SC: 131732
COA: 265760
Washtenaw CC: 04-000036-NO

      On order of the Court, the application for leave to appeal the June 15, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2006

d1206

_____
Clerk